# United States Bankruptcy Court
## Middle District of Alabama

In re:

Scott Thomas

Case No._____

Chapter  __13__

Debtor(s)

**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I*, Scott Thomas_____(Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

       a)  I was not employed during the period immediately preceding the filing of the above-referenced case _____ (enter dates not employed);

       b)  I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

     ✓  c)  I am self-employed and do not receive any evidence of payment;

       d)  Other (Please Explain )

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated:____5/23/16_____      Debtor:_____

* A separate form must be filed by each Debtor.